# United States Bankruptcy Court
## Western District of Tennessee

In re **Bonnistein Bradberry**  
Debtor(s)

Case No.  
Chapter **13**

## CHAPTER 13 PLAN
### (INDIVIDUAL ADJUSTMENT OF DEBTS)

DEBTOR(S): (H) **Bonnistein Bradberry**  S.S.# **xxx-xx-5134**  
(W)  S.S.#

ADDRESS: **1679 Kendale**  
**Memphis, TN 38106**

PLAN PAYMENT: Debtor(s) to pay $ **166.00**  (~~weekly~~, ~~every two weeks~~, ~~semi-monthly~~, monthly)  
PAYROLL DEDUCTION:   OR ( **X** ) DIRECT PAY  
BECAUSE:  
FIRST PAYMENT DATE:  

PLACE OF EMPLOYMENT: **Retired**  
ADMINISTRATIVE: Pay filing fee, Trustee's fee, and debtor's attorney fee, pursuant to Court Order.

**MONTHLY PLAN PMT.**

| | | |
|---|---|---|
| AUTO INSURANCE: | ( ) Not included in Plan  ( ) Included in Plan | $ **-NONE-** |
| CHILD SUPPORT: | Future support through Plan to | $ **-NONE-** |
| | Child support arrearage amount | $ |
| PRIORITY CREDITORS: | **City of Memphis** | $ **94.00** |
| | **Shelby County Trustee** | $ **52.00** |

HOME MORTGAGE: If no arrearage, ongoing payments are to be paid directly by the debtor(s).  
**-NONE-**  
Ongoing pmt. Begin **N/A**  $ **N/A**  
Approx. arrearage **N/A**  Interest **N/A** %  $ **N/A**

SECURED CREDITORS;  VALUE  RATE OF  MONTHLY  
(retain lien 11 U.S.C. Sec. 1325{a}{5})  COLLATERAL  INTEREST  PLAN PMT.  
**-NONE-**  $ _____  _____ %  $ _____

UNSECURED CREDITORS: Absent a specific court order otherwise, all claims, other than those specifically provided for above, shall be paid as general unsecured debts. Pay **10** % of these claims after above claims are paid or pay all disposable income for term of plan;

ESTIMATED TOTAL UNSECURED, NON-PRIORITY DEBT: **$46,306.00**

TERMINATION: Plan shall terminate upon payment of the above, approximately **60** months.

**Rejected Leases**  
 **-NONE-**:  
**Assumed Leases**  
 **-NONE-**:  

*ADEQUATE PROTECTION PAYMENT WILL BE 1/4 (25%) OF PROPOSED CREDITOR MONTHLY PAYMENT.  
FAILURE TO FILE TIMELY WRITTEN OBJECTION TO CONFIRMATION WILL BE DEEMED ACCEPTANCE OF PLAN.

DEBTOR'S ATTORNEY: **Charles E. Rich 5366**  
**Law Office of Charles E. Rich**  
**3884 Summer Ave.**  
**Memphis, TN 38122**  
**901-323-0890 Fax:901-323-0893**